order of Special Term denying a motion to vacate a prior order vacating an order of discontinuance and restoring and reinstating the above-entitled certiorari proceeding.

The following question, among others which have become immaterial, was certified:

"*First*. Had the Supreme Court power to grant the order of July 24, 1925, reviving this certiorari proceeding?"

*Henry Hunter* and *Henry Kohl* for appellants.

*Henry Hirschberg* and *Milton De Baun* for respondents.

Order affirmed, with costs; first question certified answered in the affirmative, other questions not answered; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE and ANDREWS, JJ. Absent: LEHMAN, J.

---

In the Matter of LANCELOT M. BERKELEY, an Attorney, Appellant.

NEW YORK COUNTY LAWYERS ASSOCIATION, Respondent.

*Attorneys — disbarment from practice.*

*Matter of Berkeley*, 174 App. Div. 205, affirmed.

(Argued September 27, 1926; decided October 12, 1926.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 20, 1916, which disbarred the appellant herein from practice as an attorney and counselor at law in the State of New York.

*Lancelot M. Berkeley*, appellant in person.

*Richard H. Clarke* and *George R. Adams* for respondent.

Order affirmed, without costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE and ANDREWS, JJ. Absent: LEHMAN, J.